EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number): | FOR RECORDER'S USE ONLY |
|---|---|
| Recording requested by and return to: SBN 296344<br>Matthew P. Minser, Esq.<br>Saltzman & Johnson Law Corporation<br>44 Montgomery St., #2110<br>San Francisco, CA 94104<br>415-882-7900     415-882-9287<br>[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD | |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS: 1301 Clay Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF: Operating Engineers' Health and Welfare Trust Fund, et al.
DEFENDANT: Taylor-Bailey, Inc., et al.

ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS    [ ] Amended

CASE NUMBER: C16-6724 CW

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────┐
      │ Taylor-Bailey, Inc.         │
      │ 355 Lafata Street, Suite E  │
      │ St. Helena, CA 94574        │
      └─────────────────────────────┘
   b. Driver's license No. [last 4 digits] and state: N/A    [ ] Unknown
   c. Social security No. [last 4 digits]: N/A              [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Taylor-Bailey, Inc., c/o Robert Clark Covey
      3419 Silverado Trail North, Apt. N, Saint Helena, CA 94574

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Operating Engineers' Health and Welfare Trust Fund, et al.
   c/o Saltzman & Johnson Law Corporation
   44 Montgomery St., #2110, San Francisco, CA 94104

4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: August 7, 2017
Matthew P. Minser, Esq.
(TYPE OR PRINT NAME)

▶ /s/ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $67,276.97, plus 10% p/a interest from 6/19/17
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): July 20, 2017
   b. Renewal entered on (date):
9. [X] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date): 8/9/17

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by /s/ Clar Pierre , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

Martin Dean's ESSENTIAL FORMS™

ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS

OE3CL

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: | Operating Engineers' Health and Welfare Trust Fund, et al. | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Taylor-Bailey, Inc., et al. | C16-6724 CW |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
   See Attachment 15

14. Judgment creditor *(name and address):*

15. ☒ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Robert Clark Covey
355 Lafata Street, Suite E
St. Helena, CA 94574

Driver's license no. [last 4 digits]
and state: ☒ Unknown
Social security no. [last 4 digits] ☒ Unknown
Summons was personally served at or mailed to *(address)*:
Robert Clark Covey
3419 Silverado Trail North, Apt.
N Saint Helena, CA 94574

17. Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits] ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

MC-025

| SHORT TITLE: Operating Engineers' Health and Welfare, et al., vs. Taylor-Bailey, Inc., et al. | C16-6724 CW |
|---|---|

**ATTACHMENT** (Number): 15
(This Attachment may be used with any Judicial Council form.)

Judgment Creditors:

OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA;

PENSION TRUST FUND FOR OPERATING ENGINEERS;

PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND;

OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICE, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND;

RUSSELL E. BURNS and RICHARD PIOMBO, Trustees;

HEAVY AND HIGHWAY COMMITTEE; and

OPERATING ENGINEERS LOCAL 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO.

Address:
c/o Matthew P. Minser, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

Martin Dean's
ESSENTIAL FORMS™

**ATTACHMENT**
to Judicial Council Form

OE3CL

www.courtinfo.ca.gov